## DURRENCE *v.* SIZER TIMBER COMPANY.

ATKINSON, J. The rulings on admissibility of evidence show no error; and under the facts of the case the excerpts from the charge upon which error was assigned, though not in all respects accurate, show no cause for reversal. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 700. AUGUST 13, 1918.

Equitable petition. Before Judge Sheppard. Tattnall superior court. September 29, 1917.

*Way & Burkhalter,* for plaintiff in error.

*Collins & Stanfield,* contra.